Marc M. Seltzer (SBN 54534)
Meng Xi (SBN 280099)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
mxi@susmangodfrey.com

Ophelia F. Camiña *(Pro Hac Vice)*
Daniel Charest *(Pro Hac Vice)*
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: (214) 754-1900
Facsimile: (214) 754-1933
ocamina@susmangodfrey.com
dcharest@susmangodfrey.com

Attorneys for Defendant
COPART, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SPARTA CONSULTING, INC., | CASE NO. 2:14-CV-00046-KJM-CKD |
| Plaintiff, | **DEFENDANT COPART, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS OR TRANSFER** |
| v. | |
| COPART, INC., | Before the Hon. Judge Kimberly J. Mueller |
| Defendant. | Date: June 20, 2014<br>Time: 10:00 a.m.<br>Location: Courtroom 3, 15th Floor |

**PLEASE TAKE NOTICE** that on June 20, 2014 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 3 of the above entitled Court, Defendant Copart, Inc. ("Copart") will, and hereby does, move this Court to dismiss or, in the alternative, to transfer this case.

1   For the reasons set forth in Copart's Memorandum, Copart moves the Court to dismiss
2   this second-filed case under the first-to-file rule.  In the alternative, Copart moves the Court to
3   transfer this action to the United States District Court for the Northern District of Texas to be
4   consolidated with the first-filed case, which is currently pending in that District.

5   This motion is supported by a Memorandum of Points and Authorities, the Declaration of
6   Ophelia Camiña and exhibits thereto, filed concurrently herewith, the pleadings and records on
7   file in this action, and such oral argument and any other materials brought to the attention of the
8   Court before the time of its decision on this motion.

Dated:  March 24, 2014

/s/ Ophelia F. Camiña
Marc M. Seltzer (SBN 54534)
Meng Xi (SBN 280099)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150
mseltzer@susmangodfrey.com
mxi@susmangodfrey.com

Ophelia F. Camiña *(Pro Hac Vice)*
Daniel Charest *(Pro Hac Vice)*
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone:  (214) 754-1900
Facsimile:  (214) 754-1933
ocamina@susmangodfrey.com
dcharest@susmangodfrey.com

Attorneys for Defendant Copart, Inc.

## **CERTIFICATION OF CONFERENCE**

The undersigned hereby certifies that on March 24th, 2014, counsel for Sparta Consulting, Inc. and counsel for Copart, Inc. conferred to discuss the substance of this motion.  The parties were unable to reach resolution despite these efforts.

/s/ Ophelia F. Camiña
Ophelia F. Camiña

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 24th day of March, 2014, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ Ophelia F. Camiña
Ophelia F. Camiña
