| | |
|---|---|
| LEWIS & LLEWELLYN LLP<br>  Paul T. Llewellyn (Cal. Bar No. 216887)<br>  Marc R. Lewis (Cal. Bar No. 233306)<br>  Matthew Dickman (Cal. Bar No. 268108)<br>505 Montgomery Street, Suite 1300<br>San Francisco, California 94111<br>Telephone:  (415) 800-0590<br>Facsimile:  (415) 390-2127<br>Email:  pllewellyn@lewisllewellyn.com<br>           mlewis@lewisllewellyn.com<br>           mdickman@lewisllewellyn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>  Frederick Brown (Cal. Bar No. 65316)<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105<br>Telephone:  (415) 393-8200<br>Facsimile:  (415) 393-8306<br>Email:  fbrown@gibsondunn.com<br><br>*Attorneys for Sparta Consulting, Inc.* | SUSMAN GODFREY LLP<br>  Ophelia Camiña (Texas Bar No. 03681500)<br>  Daniel Charest (Texas Bar No. 24057803)<br>901 Main Street, Suite 5100<br>Dallas, Texas 75202<br>Telephone:  (214) 754-1900<br>Facsimile:  (214) 754-1933<br>Email:  ocamina@susmangodfrey.com<br>           dcharest@susmangodfrey.com<br><br>SUSMAN GODFREY LLP<br>  Marc M. Seltzer (Cal. Bar No. 54534)<br>  Meng Xi (Cal. Bar No. 280099)<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, California 90067<br>Telephone:  (310) 789-3100<br>Facsimile:  (310) 789-3150<br>Email:  mseltzer@susmangodfrey.com<br>           mxi@susmangodfrey.com<br><br>*Attorneys for Copart, Inc.* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPARTA CONSULTING, INC.,<br><br>           Plaintiff,<br><br>    v.<br><br>COPART, INC.,<br><br>           Defendant. | CASE NO. 2:14-cv-00046-KJM-CKD<br><br>**STIPULATION AND ORDER TO CONSOLIDATE RELATED CASES** |

Sparta Consulting, Inc. ("Sparta") and Copart, Inc. ("Copart"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, Sparta filed the instant action on January 8, 2014;

WHEREAS, before Sparta filed the instant action, on November 1, 2013, Copart commenced an action against Sparta concerning the same set of facts as the instant action in the 44th Judicial District Court of Dallas County, Texas, bearing Cause No. DC-13-13154;

1     WHEREAS, on January 2, 2014, Sparta removed the Texas action to the United States District Court for the Northern District of Texas, bearing Civil Action No. 3:14-cv-00013-L (the "Texas Action");

4     WHEREAS, on January 9, 2014, Sparta filed a motion to dismiss and to transfer the Texas Action to the United States District Court for the Eastern District of California ("Sparta's Motion");

7     WHEREAS, on August 8, 2014, the Honorable Magistrate Judge Renee H. Toliver of the Northern District of Texas granted that part of Sparta's Motion seeking to transfer the Texas Action and ordered the action transferred;

10     WHEREAS, on August 11, 2014, the Northern District of Texas transferred the Texas Action to this District;

12     WHEREAS, upon transfer to this District, the Texas Action was assigned to the Honorable Judge John A. Mendez, under Case No. 2:14-cv-01884;

14     WHEREAS, on August 18, 2014, the parties filed a Notice of Related Cases and Joint Administrative Motion pursuant to Local Rule 123 (Dkt. No. 25), requesting that the Honorable Judge Kimberly J. Mueller reassign Case No. 2:14-cv-01884, currently proceeding before the Honorable Judge Mendez, to herself;

18     WHEREAS, the parties noted in the Notice of Related Cases and Joint Administrative Motion that the two related cases—Case No. 2:14-cv-01884 and Case No. 2:14-cv-00046—involve the same parties, are based on the same transactions and occurrences and include substantial overlap of both questions of fact and law, such that assignment of these cases to the same judge would further the interests of judicial economy and avoid the possibility of conflicting rulings;

24     WHEREAS, there has been no ruling yet on the Notice of Related Cases and Joint Administrative Motion for Judge Mueller to Reassign Related Case to Herself (Dkt. No. 25);

26     WHEREAS, the parties have stipulated in the related cases that each shall have until September 26, 2014 to respond to the operative complaints therein, or otherwise file any appropriate motion allowed under the federal rules (*see* Dkt. No. 28 and Stipulation Regarding

Extension of Time to Respond to Complaint, *Copart, Inc. v. Sparta Consulting, Inc.*, No. 2:14-cv-01884-JAM-CKD (E.D. Cal. Aug. 28, 2014), Dkt. No. 33);

WHEREAS, the parties have since conferred and agree that, in the interest of efficiency and judicial economy, the related cases should be consolidated for all purposes and the parties realigned in the cases so that one party serves as the plaintiff/counter-defendant and one party serves as the defendant/counter-plaintiff, with one set of operative pleadings in the consolidated action;

WHEREAS, a Status Conference in this action is set for October 2, 2014, with a Joint Status Report due to be filed by September 25, 2014;

IT IS HEREBY STIPULATED by and between Sparta and Copart, through their respective counsel of record, that Case No. 2:14-cv-00046 and Case No. 2:14-cv-01884 be consolidated and assigned to the Honorable Judge Kimberly J. Mueller for all purposes, including trial. In the Joint Status Report due on September 25, 2014, the parties will provide their respective position statements regarding which party shall be deemed the plaintiff/counter-defendant and which party shall be deemed the defendant/counter-plaintiff in the consolidated action. It is further stipulated that the parties' September 26, 2014 deadline to respond to the operative complaints in the related cases shall be vacated until further order of the Court.

IT IS SO STIPULATED.

Dated: September 15, 2014                                          Respectfully submitted,

LEWIS & LLEWELLYN LLP
   Paul T. Llewellyn
   Marc R. Lewis
   Matthew Dickman

GIBSON, DUNN & CRUTCHER LLP
   Frederick Brown

By: /s/ Paul T. Llewellyn
Paul T. Llewellyn

*Attorneys for Sparta Consulting, Inc.*

SUSMAN GODFREY LLP
   Ophelia Camina
   Daniel Charest
   Marc M. Seltzer
   Meng Xi

By: /s/ Ophelia Camiña
Ophelia Camiña

*Attorneys for Copart, Inc.*

## ORDER

Having reviewed the parties' stipulation, **IT IS ORDERED THAT**:

1. Pursuant to Local Rule 123(c), *Copart, Inc. v. Sparta Consulting, Inc.*, No. 2:14-cv-01884, currently assigned to Judge John A. Mendez, shall be reassigned to Judge Kimberly J. Mueller;

2. Pursuant to Federal Rules of Civil Procedure 42(a), *Copart, Inc. v. Sparta Consulting, Inc.*, No. 2:14-cv-01884 is hereby consolidated with *Sparta Consulting, Inc. v. Copart, Inc.*, No. 2:14-cv-00046 for all purposes, including trial;

3. The parties' September 26, 2014 deadline to respond to the complaints filed in the consolidated actions is vacated until further order of the Court;

4. On September 25, 2014, the parties shall submit a Joint Status Report which includes the parties' respective position statements regarding realignment of the parties in the consolidated action. Each party's position statement shall not exceed five (5) pages; and

5. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: September 22, 2014.

_____
UNITED STATES DISTRICT JUDGE