MARK P. RESSLER (*pro hac vice*)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800
mressler@kasowitz.com

JASON S. TAKENOUCHI (SBN 234835)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030
jtakenouchi@kasowitz.com

Attorneys for Plaintiff
COPART, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COPART, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> SPARTA CONSULTING, INC. <br><br> Defendant/Counterplaintiff. | Case No: 2:14-CV-00046-KJM-CKD <br><br> **PLAINTIFF/COUNTERDEFENDANT COPART, INC.'S NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND** <br><br> Date: April 22, 2016 <br> Time: 10:00 a.m. <br> Courtroom: 3, 15th Floor <br> Judge: Hon. Kimberly J. Mueller |

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on April 22, 2016, at 10:00 a.m. in Courtroom 3 of the above-entitled Court, plaintiff Copart, Inc. ("Copart") will and hereby does move for an order, pursuant to Local Rule 220 and Federal Rules of Civil Procedure 15(a)(2) and 16(b)(4), granting Copart leave to file its proposed Third Amended Complaint, a copy of which is attached as Exhibit A to the Declaration of Jason S. Takenouchi in Support of Copart's Motion for Leave to Amend (the "Takenouchi Decl.") (submitted under conditionally under seal concurrently herewith), and to join as defendants in this action KPIT Infosystems, Inc. and KPIT Technologies, Ltd., both of which are the parent companies of defendant Sparta Consulting, Inc. ("Sparta").

This motion is based on this Notice of Motion, the other papers and pleadings on file in this action, and the following documents submitted conditionally under seal concurrently herewith: Memorandum of Points and Authorities in Support of Copart's Motion for Leave to Amend, the Declaration of Jason S. Takenouchi in Support of Copart's Motion for Leave to Amend (the "Takenouchi Decl.") and exhibits attached thereto.  Copart's Memorandum of Points and Authorities, the Takenouchi Declaration, and exhibits attached to the Takenouchi Declaration are being submitted to the Court conditionally under seal pursuant to Sparta's Request to Seal (dkt. no. 82, filed March 22, 2016) and Local Rules 140 and 141.

Prior to filing this motion, Copart provided Sparta with the proposed Third Amended Complaint to seek Sparta's consent to its filing.  Sparta advised it would not consent.

Dated:  March 22, 2016

        Respectfully submitted,

        /s/ Jason S. Takenouchi

        MARK P. RESSLER (*pro hac vice*)
        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
        1633 Broadway
        New York, New York 10019
        Telephone:   (212) 506-1700
        Facsimile:    (212) 506-1800

1  mressler@kasowitz.com

2  JASON S. TAKENOUCHI (SBN 234835)
3  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   101 California Street, Suite 2300
4  San Francisco, California 94111
   Telephone:     (415) 421-6140
5  Facsimile:     (415) 398-5030
   jtakenouchi@kasowitz.com
6
7  Attorneys for Plaintiff COPART, INC.

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

2
PLAINTIFF/COUNTERDEFENDANT COPART, INC.'S
NOTICE OF MOTION & MOTION FOR LEAVE TO AMEND
Case No. 2:14-CV-00046-KJM-CKD