KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
    Mark P. Ressler (*admitted pro hac vice*)
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800
Email:  mressler@kasowitz.com
        tepstein@kasowitz.com

KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
    Jason S. Takenouchi (Cal Bar No. 234835)
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030
Email:  jtakenouchi@kasowitz.com

*Attorneys for Copart, Inc.*

LEWIS & LLEWELLYN LLP
    Paul T. Llewellyn (Cal. Bar No. 216887)
    Marc R. Lewis (Cal. Bar No. 233306)
    Matthew Dickman (Cal. Bar No. 268108)
505 Montgomery Street, Suite 1300
San Francisco, California 94111
Telephone:  (415) 800-0590
Facsimile:  (415) 390-2127
Email:  pllewellyn@lewisllewellyn.com
        mlewis@lewisllewellyn.com
        mdickman@lewisllewellyn.com

GIBSON, DUNN & CRUTCHER LLP
    Frederick Brown (Cal. Bar No. 65316)
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone:  (415) 393-8200
Facsimile:  (415) 393-8306
Email:  fbrown@gibsondunn.com

*Attorneys for Sparta Consulting, Inc.*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPART, INC.,<br><br>             Plaintiff/Counterdefendant,<br><br>    v.<br><br>SPARTA CONSULTING, INC.<br><br>             Defendant/Counterplaintiff. | Case No: 2:14-CV-00046-KJM-CKD<br><br>**STIPULATION AND ORDER TO EXTEND HEARING ON PARTIES' MOTIONS TO COMPEL NOTICED FOR APRIL 6, 2016** |

Plaintiff and Counterdefendant Copart, Inc. ("Copart"), and Defendant and Counterplaintiff Sparta Consulting, Inc. ("Sparta"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, Sparta filed a Motion to Compel Plaintiff/Counterdefendant Copart, Inc. to Produce Documents in Response to Requests for Production (Dkt No. 77), set for hearing on April 6, 2016;

WHEREAS, on March 16, 2016 Copart filed a Motion to Compel Defendant/ Counterplaintiff Sparta Consulting Inc. to Provide Further Responses to Requests for Production of Documents, Sets One and Two (Dkt No. 78), also set for hearing on April 6, 2016;

WHEREAS, the deadline for the parties to submit a joint statement with respect to the pending motions is presently March 28, 2016;

WHEREAS, the parties are presently engaged in further meet and confer with respect to issues raised by these motions to compel, which may reduce or eliminate the scope of issues to be presented to the Court;

WHEREAS, the parties require additional time to complete this meet and confer process;

IT IS HEREBY STIPULATED by and between Sparta and Copart, through their respective counsel of record, that the hearing for the Motions to Compel be continued from April 6, 2016 to April 13, 2016, and the deadline for the submission of the parties' joint statement be continued from March 28, 2016 to April 4, 2016.

IT IS SO STIPULATED.

DATED:  March 28, 2016                Respectfully submitted,

1

KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
    Mark P. Ressler
    Jason S. Takenouchi

2

3

By:_/s/ Jason S. Takenouchi_____
    Jason S. Takenouchi

4

5

*Attorneys for Plaintiff-Counterdefendant
Copart, Inc.*

6

7

LEWIS & LLEWELLYN LLP
    Paul T. Llewellyn
    Marc R. Lewis
    Matthew Dickman

8

9

GIBSON, DUNN & CRUTCHER LLP
    Frederick Brown

10

11

By:_/s/ Paul T. Llewellyn_____
    Paul T. Llewellyn

12

*Attorneys for Defendant-Counterplaintiff
Sparta Consulting, Inc.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**<u>ORDER</u>**

Having reviewed the parties' Stipulation and [Proposed] Order to Extend Hearing on Parties' Motions To Compel Noticed For April 6, 2016, and good cause appearing therefor, the hearing date for the Motions to Compel (Dkt. Nos 77 and 78) is hereby continued to April 13, 2016.  The parties shall submit a joint statement with respect to the Motions to Compel on or before April 4, 2016.

**IT IS SO ORDERED.**

Dated:  March 29, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order Re Parties' Motion to Compel; Case No. 2:14-cv-00046-KJM-CKD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28