KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
  Mark P. Ressler (*admitted pro hac vice*)
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800
Email:  mressler@kasowitz.com
            tepstein@kasowitz.com

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
  Jason S. Takenouchi (Cal Bar No. 234835)
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030
Email: jtakenouchi@kasowitz.com

*Attorneys for Copart, Inc.*

LEWIS & LLEWELLYN LLP
  Paul T. Llewellyn (Cal. Bar No. 216887)
  Marc R. Lewis (Cal. Bar No. 233306)
  Matthew Dickman (Cal. Bar No. 268108)
505 Montgomery Street, Suite 1300
San Francisco, California 94111
Telephone:  (415) 800-0590
Facsimile:  (415) 390-2127
Email:  pllewellyn@lewisllewellyn.com
            mlewis@lewisllewellyn.com
            mdickman@lewisllewellyn.com

GIBSON, DUNN & CRUTCHER LLP
  Frederick Brown (Cal. Bar No. 65316)
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone:  (415) 393-8200
Facsimile:  (415) 393-8306
Email:  fbrown@gibsondunn.com

*Attorneys for Sparta Consulting, Inc.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COPART, INC.,<br><br>                Plaintiff/Counterdefendant,<br><br>        v.<br><br>SPARTA CONSULTING, INC.<br><br>                Defendant/Counterplaintiff. | Case No: 2:14-CV-00046-KJM-CKD<br><br>**STIPULATION AND ORDER TO EXTEND HEARING ON PARTIES' MOTIONS TO COMPEL CURRENTLY SET FOR HEARING ON APRIL 13, 2016** |

1 | Plaintiff and Counterdefendant Copart, Inc. ("Copart"), and Defendant and Counterplaintiff Sparta Consulting, Inc. ("Sparta"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on March 16, 2016 Sparta filed a Motion to Compel Plaintiff/Counterdefendant Copart, Inc. to Produce Documents in Response to Requests for Production (Dkt No. 77), initially set for hearing on April 6, 2016;

WHEREAS, on March 16, 2016 Copart filed a Motion to Compel Defendant/ Counterplaintiff Sparta Consulting Inc. to Provide Further Responses to Requests for Production of Documents, Sets One and Two (Dkt No. 78), also initially set for hearing on April 6, 2016;

WHEREAS, the parties submitted a stipulation that the hearing for the Motions to Compel be continued from April 6, 2016 to April 13, 2016, and the deadline for the submission of the parties' joint statement be continued from March 28, 2016 to April 4, 2016, and the Court approved the stipulation;

WHEREAS, the parties have engaged in further meet and confer correspondence and conferences, have already agreed to resolve several matters that are part of the pending Motions, and expect to be able to resolve additional matters that will reduce the scope of or eliminate the need for the pending Motions;

WHEREAS, the parties require additional time to complete this meet and confer process;

IT IS HEREBY STIPULATED by and between Sparta and Copart, through their respective counsel of record, that the hearing for the Motions to Compel be continued from April 13, 2016 to April 20, 2016, and the deadline for the submission of the parties' joint statement be continued from April 4, 2016 to April 11, 2016.

IT IS SO STIPULATED.

DATED: April 4, 2016          Respectfully submitted,

          KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
            Mark P. Ressler
            Jason S. Takenouchi

By: /s/ Jason S. Takenouchi
      Jason S. Takenouchi

*Attorneys for Plaintiff-Counterdefendant Copart, Inc.*

LEWIS & LLEWELLYN LLP
    Paul T. Llewellyn
    Marc R. Lewis
    Matthew Dickman

GIBSON, DUNN & CRUTCHER LLP
    Frederick Brown

By: /s/ Paul T. Llewellyn
      Paul T. Llewellyn

*Attorneys for Defendant-Counterplaintiff Sparta Consulting, Inc.*

## ORDER

Having reviewed the parties' Stipulation and [Proposed] Order to Extend Hearing on Parties' Motions To Compel Noticed For April 13, 2016, and good cause appearing therefor, the hearing date for the Motions to Compel (Dkt. Nos 77 and 78) is hereby continued to April 20, 2016.  The parties shall submit a joint statement with respect to the Motions to Compel on or before April 11, 2016.

**IT IS SO ORDERED.**

Dated:  April 6, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Certification Of Service

Stipulation and [Proposed] Order Re Parties' Motion to Compel; Case No. 2:14-cv-00046-KJM-CKD