KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   Mark P. Ressler (*admitted pro hac vice*)
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Email: mressler@kasowitz.com
      tepstein@kasowitz.com

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   Jason S. Takenouchi (Cal Bar No. 234835)
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030
Email: jtakenouchi@kasowitz.com

*Attorneys for Copart, Inc.*

LEWIS & LLEWELLYN LLP
   Paul T. Llewellyn (Cal. Bar No. 216887)
   Marc R. Lewis (Cal. Bar No. 233306)
   Matthew Dickman (Cal. Bar No. 268108)
505 Montgomery Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 800-0590
Facsimile: (415) 390-2127
Email: pllewellyn@lewisllewellyn.com
      mlewis@lewisllewellyn.com
      mdickman@lewisllewellyn.com

GIBSON, DUNN & CRUTCHER LLP
   Frederick Brown (Cal. Bar No. 65316)
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
Email: fbrown@gibsondunn.com

*Attorneys for Sparta Consulting, Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPART, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> SPARTA CONSULTING, INC. <br><br> Defendant/Counterplaintiff. | Case No: 2:14-CV-00046-KJM-CKD <br><br> **STIPULATION AND ORDER TO EXTEND HEARING ON PARTIES' MOTIONS TO COMPEL CURRENTLY SET FOR HEARING ON APRIL 20, 2016** |

1     Plaintiff and Counterdefendant Copart, Inc. ("Copart"), and Defendant and
2 Counterplaintiff Sparta Consulting, Inc. ("Sparta"), by and through their attorneys of record,
3 hereby stipulate and agree as follows:

4     WHEREAS, on March 16, 2016 Sparta filed a Motion to Compel
5 Plaintiff/Counterdefendant Copart, Inc. to Produce Documents in Response to Requests for
6 Production (Dkt No. 77), initially set for hearing on April 6, 2016;

7     WHEREAS, on March 16, 2016 Copart filed a Motion to Compel Defendant/
8 Counterplaintiff Sparta Consulting Inc. to Provide Further Responses to Requests for Production
9 of Documents, Sets One and Two (Dkt No. 78), also initially set for hearing on April 6, 2016;

10     WHEREAS, the parties have submitted two stipulations continuing the hearing on the
11 Motions to Compel and the submission of the parties' joint statement;

12     WHEREAS, the most recent stipulation continued the hearing on the Motions to Compel
13 to April 20, 2016, and set the deadline for the submission of the parties' joint statement as April
14 11, 2016;

15     WHEREAS, since the Court's last grant of an extension the parties have engaged in further
16 meet and confer correspondence and conferences, have resolved several matters that are part of the
17 pending Motions, and with additional time expect to be able to resolve additional matters that will
18 reduce the scope of or eliminate the need for the pending Motions;

19     WHEREAS, the parties require additional time to complete this meet and confer process;

20     WHEREAS, on April 11, 2016, Copart submitted an application to continue the hearing
21 and deadline for submission of the joint statement for Copart's Motion to Compel (Dkt. No. 92),
22 and the parties now agree to stipulate to an extension applicable to both motions;

23     IT IS HEREBY STIPULATED by and between Sparta and Copart, through their
24 respective counsel of record, that the hearing for the Motions to Compel be continued from April
25 20, 2016 to April 27, 2016, and the deadline for the submission of the parties' joint statement be
26 continued from April 11, 2016 to April 18, 2016.

27
28

1    IT IS SO STIPULATED.

2

3    DATED:  April 12, 2016            Respectfully submitted,

4

5                                      KASOWITZ, BENSON, TORRES &
                                       FRIEDMAN LLP
6                                        Mark P. Ressler
                                         Jason S. Takenouchi
7
                                       By: /s/ Jason S. Takenouchi
8                                          Jason S. Takenouchi

9                                          *Attorneys for Plaintiff-Counterdefendant
                                           Copart, Inc.*
10

11                                     LEWIS & LLEWELLYN LLP
                                         Paul T. Llewellyn
12                                       Marc R. Lewis
                                         Matthew Dickman
13
                                       GIBSON, DUNN & CRUTCHER LLP
14                                       Frederick Brown

15                                     By: /s/ Paul T. Llewellyn
                                           Paul T. Llewellyn
16
                                           *Attorneys for Defendant-Counterplaintiff
17                                         Sparta Consulting, Inc.*

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

Having reviewed the parties' Stipulation and [Proposed] Order to Extend Hearing on Parties' Motions To Compel Noticed For April 13, 2016, and good cause appearing therefor, the hearing date for the Motions to Compel (Dkt. Nos 77 and 78) is hereby continued to April 27, 2016. The parties shall submit a joint statement with respect to the Motions to Compel on or before April 18, 2016.

Dated: April 14, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE