MARK P. RESSLER (*pro hac vice*)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone:    (212) 506-1700
Facsimile:    (212) 506-1800
mressler@kasowitz.com

JASON S. TAKENOUCHI (SBN 234835)
MARGARET A. ZIEMIANEK (233418)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone:    (415) 421-6140
Facsimile:    (415) 398-5030
jtakenouchi@kasowitz.com
mziemianek@kasowitz.com

Attorneys for Plaintiff
COPART, INC.

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California 94111

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPART, INC.,<br><br>      Plaintiff/Counterdefendant,<br><br>  v.<br><br>SPARTA CONSULTING, INC.<br><br>      Defendant/Counterplaintiff. | Case No: 2:14-CV-00046-KJM-CKD<br><br>**PLAINTIFF/COUNTERDEFENDANT COPART, INC.'S NOTICE OF FILING OF REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND**<br><br>Date:  April 22, 2016<br>Time: 10:00 a.m.<br>Courtroom:  3, 15th Floor<br>Judge:  Hon. Kimberly J. Mueller |

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE THAT on April 15, 2016, plaintiff Copart, Inc. ("Copart")

3    submitted its Reply in Support of Copart's Motion for Leave to Amend under seal and the

4    Declaration of Jason S. Takenouchi In Support of Plaintiff/Counterdefendant Copart, Inc.'s Reply

5    In Support of Motion for Leave to Amend, pursuant to Sparta's Request to Seal (dkt. no. 82, filed

6    March 22, 2016) and Local Rules 140 and 141.

7

8    Dated:  April 15, 2016

9                                              Respectfully submitted,

10                                             /s/ Jason S. Takenouchi

11                                             MARK P. RESSLER (*pro hac vice*)
12                                             KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
                                               1633 Broadway
13                                             New York, New York 10019
                                               Telephone:    (212) 506-1700
14                                             Facsimile:    (212) 506-1800
                                               mressler@kasowitz.com
15
16                                             JASON S. TAKENOUCHI (SBN 234835)
                                               MARGARET A. ZIEMIANEK (SBN 233418)
17                                             KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
                                               101 California Street, Suite 2300
18                                             San Francisco, California 94111
                                               Telephone:    (415) 421-6140
19                                             Facsimile:    (415) 398-5030
                                               jtakenouchi@kasowitz.com
20                                             mziemianek@kasowitz.com

21
22                                             Attorneys for Plaintiff COPART, INC.

23

24

25

26

27

28

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111