1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COPART, INC., | Case No: 2:14-CV-00046-KJM-CKD |
| Plaintiff/Counterdefendant, | **ORDER SEALING CERTAIN MATERIALS SUBMITTED IN CONNECTION WITH SPARTA'S MOTION TO COMPEL** |
| v. | |
| SPARTA CONSULTING, INC. | |
| Defendant/Counterplaintiff. | |

**ORDER**

Having considered Plaintiff/Counterdefendant Copart, Inc. ("Copart") Request to Seal Documents, and the papers filed in relation thereto, and finding good cause therefor: Copart's request to seal exhibits O through U to the Declaration of Ian. T. Long In Support of Sparta's Position In the Joint Statement Regarding Discovery Dispute is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: April 22, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER SEALING CERTAIN MATERIALS SUBMITTED
IN CONNECTION WITH SPARTA'S MOTION TO COMPEL
Case No. 2:14-CV-00046-KJM-CKD