FREDERICK BROWN, SBN 65316
  fbrown@gibsondunn.com
JOSEPH R. ROSE, SBN 279092
  jrose@gibsondunn.com
IAN T. LONG, SBN 290975
  ilong@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:   415.393.8306

PAUL T. LLEWELLYN, SBN 216887
  pllewellyn@lewisllewellyn.com
MARC R. LEWIS, SBN 233306
  mlewis@lewisllewellyn.com
RYAN B. ERICKSON, SBN 268239
  rerickson@lewisllewellyn.com
LEWIS & LLEWELLYN LLP
505 Montgomery Street, Suite 1300
San Francisco, California 94111
Telephone: 415.800.0590
Facsimile:  415.390.2127

Attorneys for Defendant and Counterplaintiff,
SPARTA CONSULTING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPART, INC.,<br><br>　　　　Plaintiff/Counterdefendant,<br><br>　　v.<br><br>SPARTA CONSULTING, INC.,<br><br>　　　　Defendant/Counterplaintiff. | CASE NO. 2:14-cv-00046-KJM-CKD<br><br>**DEFENDANT/COUNTERPLAINTIFF SPARTA CONSULTING INC.'S NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFF/COUNTERDEFENDANT COPART, INC.'S NOTICE OF DEPOSITION OF SPARTA PURSUANT TO FRCP 30(B)(6)**<br><br>**Hearing:**<br>Date:　　May 18, 2016<br>Time:　　10:00 a.m.<br>Place:　　Courtroom 24, 8th Floor<br>Judge:　　Hon. Carolyn K. Delaney |

Gibson, Dunn & Crutcher LLP

Sparta' Motion for Protective Order Regarding Copart's Deposition Notice Pursuant to Rule 30(b)(6) – 2:14-cv-00046-KJM-CKD

**TO THE COURT AND ALL PARTIES OF RECORD:**

Please take notice that on May 18, 2016, at 10:00 a.m., in Courtroom 24 of the above-captioned court, located on the 8th Floor at 501 I Street, Sacramento, California 95814, or as soon thereafter as the matter may be heard, Defendant and Counterplaintiff Sparta Consulting, Inc. ("Sparta") will, and hereby does, move the Court for a protective order with respect to Plaintiff and Counterdefendant Copart, Inc.'s ("Copart") Amended Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6), which was served on April 26, 2016, and scheduled for May 2, 2016. This Court has scheduled Copart's motion for a protective order on similar issues on that same date and time.

Sparta's motion is based upon Federal Rules of Civil Procedure 26 and 30. The motion is made on the grounds that Copart's deposition notice fails to comply with those rules because it (1) is overbroad, (2) is unduly burdensome, (3) fails to provide reasonable notice of the topics of the deposition or an opportunity to prepare the witness, and (4) was improperly timed in that it was set for a date that Copart was informed counsel was not available, and an alternative date suggested by Sparta for a few days later was summarily rejected by Copart.

Sparta certifies that it met and conferred in good faith with Copart before filing this motion. *See* Fed. R. Civ. P. 37; LR 251(a). These efforts included emails, letters, and a telephonic meet-and-confer on April 27, 2016. Sparta suggested further meet and confer efforts as to this motion and Copart's own similar motion, and Copart is considering that proposal. This motion is filed to protect Sparta's rights under Federal Rules of Civil Procedures 30 and 37. Sparta will comply with the informal telephonic resolution procedure ordered by Magistrate Judge Delaney unless and until ordered to proceed under Local Rule 251.

Gibson, Dunn & Crutcher LLP

SPARTA'S MOTION FOR PROTECTIVE ORDER REGARDING COPART'S DEPOSITION NOTICE PURSUANT TO RULE 30(B)(6) – 2:14-CV-00046-KJM-CKD

Dated: April 27, 2016

                    IAN T. LONG
                    GIBSON, DUNN & CRUTCHER LLP


By:       /s/ *Ian T. Long*
               Ian T. Long

Attorney for Defendant/Counterplaintiff SPARTA CONSULTING, INC.

Gibson, Dunn & Crutcher LLP

2  SPARTA' MOTION FOR PROTECTIVE ORDER REGARDING COPART'S DEPOSITION NOTICE PURSUANT TO RULE 30(B)(6) – 2:14-CV-00046-KJM-CKD

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that on the 27th day of April, 2016, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

By: _____*/s/ Ian T. Long*_____
    Ian. T. Long

Gibson, Dunn & Crutcher LLP

3   SPARTA' MOTION FOR PROTECTIVE ORDER REGARDING COPART'S DEPOSITION NOTICE PURSUANT TO RULE 30(B)(6) – 2:14-CV-00046-KJM-CKD