KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
　Mark P. Ressler (*admitted pro hac vice*)
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Email: mressler@kasowitz.com
　　　tepstein@kasowitz.com

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
　Jason S. Takenouchi (Cal Bar No. 234835)
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030
Email: jtakenouchi@kasowitz.com

*Attorneys for Copart, Inc.*

LEWIS & LLEWELLYN LLP
　Paul T. Llewellyn (Cal. Bar No. 216887)
　Marc R. Lewis (Cal. Bar No. 233306)
　Matthew Dickman (Cal. Bar No. 268108)
505 Montgomery Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 800-0590
Facsimile: (415) 390-2127
Email: pllewellyn@lewisllewellyn.com
　　　mlewis@lewisllewellyn.com
　　　mdickman@lewisllewellyn.com

GIBSON, DUNN & CRUTCHER LLP
　Frederick Brown (Cal. Bar No. 65316)
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
Email: fbrown@gibsondunn.com

*Attorneys for Sparta Consulting, Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPART, INC.,<br><br>　　　　Plaintiff/Counterdefendant,<br><br>　　v.<br><br>SPARTA CONSULTING, INC.<br><br>　　　　Defendant/Counterplaintiff. | Case No: 2:14-CV-00046-KJM-CKD<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY AND EXPERT DEADLINES** |

1    Plaintiff and Counterdefendant Copart, Inc. ("Copart"), and Defendant and
2 Counterplaintiff Sparta Consulting, Inc. ("Sparta"), by and through their attorneys of record,
3 hereby stipulate and agree as follows:
4    WHEREAS, the current fact discovery cut-off is May 2, and the current deadline for initial
5 expert disclosures and reports is May 10;
6    WHEREAS, despite the best efforts of the parties, certain witnesses are not available for
7 deposition before May 2, but will be available for deposition before May 13;
8    WHEREAS, Magistrate Judge Carolyn K. Delaney on April 21 granted in part and denied
9 in part Sparta's motion to compel the production of certain materials by Copart by May 2, some of
10 which may be addressed in expert reports;
11   WHEREAS, Judge Delaney on April 26 is set to hear argument on Copart's motion to
12 compel the production of certain materials by Sparta (Docket No. 78), which production is being
13 sought by May 2, some of which may be addressed in expert reports;
14   WHEREAS, Copart's motion for leave to amend (Docket No. 83), which may affect the
15 pretrial schedule, is currently pending before the Court; and
16   WHEREAS, the parties seek an additional two weeks to conduct certain depositions, with
17 a short extension of the deadlines for expert discovery;
18   IT IS HEREBY STIPULATED by and between Sparta and Copart, through their
19 respective counsel of record that the discovery and expert deadlines will be extended as follows:
20   - The Fact Discovery Cut-off will be extended from May 2 to May 16 for depositions
21     only;
22   - The Expert Disclosure deadline will be extended from May 10 to May 31;
23   - The Rebuttal Expert disclosure deadline will be extended from May 31 to June 21;
24     and
25   - The Expert Discovery cut-off will be extended from June 15 to July 15.
26
27
28

Certification Of Service

Stipulation and [Proposed] Order Re Discovery and Expert Deadlines; Case No. 2:14-cv-00046-KJM-CKD

IT IS SO STIPULATED.

DATED: April 25, 2016                    Respectfully submitted,

                                                  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
                                                    Mark P. Ressler
                                                    Jason S. Takenouchi

By: /s/ Jason S. Takenouchi
     Jason S. Takenouchi

*Attorneys for Plaintiff-Counterdefendant Copart, Inc.*

LEWIS & LLEWELLYN LLP
    Paul T. Llewellyn
    Marc R. Lewis
    Matthew Dickman

GIBSON, DUNN & CRUTCHER LLP
    Frederick Brown

By: /s/ Paul T. Llewellyn
     Paul T. Llewellyn

*Attorneys for Defendant-Counterplaintiff Sparta Consulting, Inc.*

## ORDER

Having reviewed the parties' Stipulation and [Proposed] Order To Extend Discovery And Expert Deadlines, and good cause appearing therefor, the Pretrial Order is amended as follows:

- The Fact Discovery Cut-off is extended from May 2 to May 16 for depositions only;
- The Expert Disclosure deadline is extended from May 10 to May 31;
- The Rebuttal Expert disclosure deadline is extended from May 31 to June 21; and
- The Expert Discovery cut-off is extended from June 15 to July 15.

**IT IS SO ORDERED.**

Dated: April 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE