UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPART, INC., | No. 2:14-cv-0046 KJM CKD |
| Plaintiff, | |
| v. | ORDER |
| SPARTA CONSULTING, INC., | |
| Defendant. | |

An informal discovery conference was held on May 18, 2016. Margaret Ziemianek appeared telephonically for plaintiff. Frederick Brown and Ian Long appeared telephonically for defendant. Upon review of the joint letter brief and upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

1. Plaintiff's request for an amended protective order is denied.

2. No later than June 24, 2016, the parties shall meet and confer regarding a settlement conference and shall advise the courtroom deputy of the undersigned, Kyle Owen, whether the parties desire to set a settlement conference date. In the absence of waiver of disqualification of the undersigned, the settlement conference shall be set before another Magistrate Judge.

Dated: May 19, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 copart0046.infdisc.oah