UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPART, INC., | No. 2:14-cv-0046 KJM CKD |
| Plaintiff, | |
| v. | ORDER |
| SPARTA CONSULTING, INC., et al., | |
| Defendants. | |

An informal discovery conference was held on August 31, 2016. Jason Takenouchi and George Chikovani appeared telephonically for plaintiff. Paul Llewellyn and Ryan Erickson appeared telephonically for defendant. Upon review of the joint letter brief and upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

1. Discovery in this matter is not governed by California Code of Civil Procedure § 2019.210. Plaintiff has sufficiently identified the trade secrets at issue. Responsive documents to the discovery in dispute at this informal conference shall be produced within thirty days. The parties are directed to meet and confer in good faith regarding custodians and keywords for production of responsive documents.

/////

/////

1

2. No later than September 6, 2016, plaintiff Copart and defendant Sparta shall make initial disclosures regarding the newly pled claims in the third amended complaint.

Dated: August 31, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 copart0046.infdisc.2.oah

2