UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPART, INC., | No. 2:14-cv-0046 KJM CKD |
| Plaintiff, | |
| v. | ORDER |
| SPARTA CONSULTING, INC., et al., | |
| Defendants. | |

An informal discovery conference was held on September 28, 2016. Jason Takenouchi, George Chikovani and Margaret Ziemianek appeared telephonically for plaintiff. Paul Llewellyn, Frederick Brown, Ryan Erickson, Ian Long, and Joseph Rose appeared telephonically for defendants. Andrew Whitney and Ted Dano appeared telephonically for the subpoenaed non-party SAP America, Inc. Upon review of the joint letter briefs and upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

1. The subpoena at issue directed to non-party SAP America, Inc. is quashed. Plaintiff is directed to serve a copy of this order on Andrew Whitney, counsel for non-party SAP America, Inc., and to file a proof of said service.

2. Plaintiff's motion to compel further production of documents from custodians Narenda Singh, Tejas Shrishrimal, Rahul Bhardwaj, Srinivasa Sanapathi and Mandar Deshpande is denied.

3. Plaintiff's motion to compel documents relating to insurance claims is denied.

1

1      4. Defendant's motion to compel production of documents is granted.  Responsive

2 documents shall be produced no later than October 14, 2016.

3      5. The motion to compel attendance at deposition in California of deponent Ajay Tiwari

4 is denied.

5      6. The deposition of non-party witness David Bauer shall take place no later than October

6 10, 2016[1].  Said deposition may be conducted by telephone or other remote means.

7 Dated:  September 29, 2016

8 _____
CAROLYN K. DELANEY
9 UNITED STATES MAGISTRATE JUDGE

11 4 copart0046.infdisc.3.oah.ff

---

[1] During the conference the court encouraged the parties to schedule the deposition for October 3, 2016, and barring unforeseen circumstances, the court expects that the deposition will occur on that date. However, in that Copart was not able to confer with Mr. Bauer regarding the October 3 date, and to avoid another informal conference on this topic, the court clarifies that in no circumstances will the deposition occur later than October 10, 2016.