**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COPART, INC., | Case No: 2:14-CV-00046-KJM-CKD |
| Plaintiff, | ORDER GRANTING PLAINTIFF/COUNTERDEFENDANT COPART, INC.'S REQUEST TO SEAL CERTAIN EXHIBITS SUBMITTED IN SUPPORT OF COPART INC.'S OPPOSITIONS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT |
| **v.** | |
| SPARTA CONSULTING, INC., KPIT INFOSYSTEMS, INC., and KPIT TECHNOLOGIES, LTD., | |
| Defendants. | L.R. 140, 141 |
| SPARTA CONSULTING, INC., | Hearing Date: February 24, 2017<br>Time:          10 a.m.<br>Judge:         Hon. Kimberly J. Mueller<br>Location:     Courtroom 3, 15th Floor |
| Counterplaintiff, | |
| v. | Trial Date:    August 14, 2017 |
| COPART, INC., | |
| Counterdefendant. | |

ORDER
Case No. 2:14-cv-00046-KJM-CKD

1   Having considered Plaintiff/Counterdefendant Copart, Inc.'s Request to Seal Portions of
2   Certain Exhibits Submitted in Support of Copart's Oppositions to Defendants' Motions for
3   Summary Judgment, and the papers filed in relation thereto, and finding compelling reasons
4   therefor:

5   Copart's request to seal is HEREBY GRANTED as explained below.

6   The court finds that portions of Exhibits 93, 94, 95, and 96 of the Takenouchi declaration
7   submitted in support of Copart's request to seal contain detailed technical specifications and
8   designs for the Copart imaging technology and credit card processing functionality that forms the
9   basis of Copart's trade secrets claims in this action. Preventing disclosure of trade secret and other
10  commercially sensitive information is a "compelling reason" justifying the sealing of documents.
11  *Kamakana v. City & Cnty. of Honolulu,* 447 F.3d 1172, 1179 (9th Cir. 2006); *Serv. Employees*
12  *Int'l Union v. Prime Healthcare Servs., Inc.*, No. CIV. S-08-2980-LKK-CMK, 2010 WL 2843942,
13  at *6 (E.D. Cal. July 19, 2010). Copart has demonstrated that it is likely to suffer competitive
14  harm if this information is publicly disclosed. Copart's request to seal is narrowly tailored to seal
15  only the information that discloses Copart's claimed trade secrets and commercially sensitive
16  information.

17  Therefore, the court orders approves Copart's request to seal the information identified in
18  Exhibits 93, 94, 95, and 96 of the Takenouchi declaration, respectively.

19  This order does not predetermine sealing for the purposes of trial. In addition, the court
20  may revisit this order if it determines certain information should be disclosed to properly resolve
21  the motions for summary judgment in a public order.

22  IT IS SO ORDERED.

23  DATED: March 2, 2017

_____
UNITED STATES DISTRICT JUDGE

ORDER
Case No. 2:14-cv-00046-KJM-CKD