UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COPART, INC.,

    Plaintiff/Counterdefendant,

    v.

SPARTA CONSULTING, INC., KPIT INFOSYSTEMS, INC., and KPIT TECHNOLOGIES, LTD,

    Defendants/Counterplaintiffs.

Case No: 2:14-CV-00046-KJM-CKD

AMENDMENT TO THE SCHEDULING ORDER

    Plaintiff Copart, Inc. files an ex parte application (ECF No. 258) to amend dates in the operative amended pretrial scheduling order (ECF No. 140). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
| --- | --- | --- |
| File Joint Pretrial Conference Statement | May 26, 2017 | September 1, 2017 |
| Final Pretrial Conference (10:00 a.m.) | June 16, 2017 | September 22, 2017 |
| Trial Briefs Due | July 31, 2017 | October 30, 2017 |
| Trial (at 9:00 a.m.) | August 14, 2017 | November 13, 2017 |

This amendment does not alter any other portions of the operative scheduling order (ECF No. 140).

    IT IS SO ORDERED.

DATED: May 12, 2017.

    UNITED STATES DISTRICT JUDGE

1