UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPART, INC., <br><br> Plaintiff/Counterdefendant <br><br> v. <br><br> SPARTA CONSULTING, INC., KPIT INFOSYSTEMS, INC., and KPIT TECHNOLOGIES, LTD, <br><br> Defendants/Counterplaintiffs | Case No: 2:14-CV-00046-KJM-CKD <br><br> AMENDMENT TO THE SCHEDULING ORDER |

Plaintiff Copart, Inc. files an ex parte application (ECF No. 261) to amend dates in the operative amended pretrial scheduling order (ECF No. 140), as amended (ECF No. 260). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| File Joint Pretrial Conference Statement | September 1, 2017 | October 27, 2017 |
| Final Pretrial Conference | September 22, 2017 | November 17, 2017 |
| Trial Briefs Due | October 30, 2017 | VACATED. To be set at Final Pretrial Conference. |
| Trial (at 9:00 a.m.) | November 13, 2017 | VACATED. To be set at Final Pretrial Conference. |

This amendment does not alter any other portions of the operative amended scheduling order (ECF No. 140).

IT IS SO ORDERED.

DATED: August 14, 2017.

_____
UNITED STATES DISTRICT JUDGE

1