MARK P. RESSLER (*pro hac vice*)
RONALD R. ROSSI  (*pro hac vice*)
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York  10019
Telephone:      (212) 506-1700
Facsimile:      (212) 506-1800
mressler@kasowitz.com

JASON S. TAKENOUCHI (SBN 234835)
MARGARET ZIEMIANEK (SBN 233418)
KASOWITZ BENSON TORRES LLP
101 California Street, Suite 2300
San Francisco, California  94111
Telephone:      (415) 421-6140
Facsimile:      (415) 398-5030
jtakenouchi@kasowitz.com
mziemianek@kasowitz.com

Attorneys for Plaintiff COPART, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPART, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SPARTA CONSULTING, INC., KPIT INFOSYSTEMS, INC., and KPIT TECHNOLOGIES LTD.,<br><br>　　　　　Defendants.<br><br>———————————————<br><br>SPARTA CONSULTING, INC.,<br><br>　　　　　Counterplaintiff,<br><br>　　v.<br><br>COPART, INC.,<br><br>　　　　　Counterdefendant. | Case No: 2:14-CV-00046-KJM-CKD<br><br>**DECLARATION OF JASON TAKENOUCHI IN SUPPORT OF PLAINTIFF-COUNTERDEFENDANT COPART INC.'S *EX PARTE* APPLICATION TO INCLUDE VINCENT PHILLIPS ON COPART'S WITNESS LIST**<br><br>Judge:　　　　Hon. Kimberly J. Mueller<br>Location:　　　Courtroom 3, 15th Floor |

KASOWITZ BENSON TORRES LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

I, Jason Takenouchi, hereby declare as follows:

1.     I am a partner at Kasowitz Benson Torres LLP, counsel for Plaintiff Copart, Inc. ("Copart") in this case.  I make this declaration based on personal knowledge, unless otherwise noted herein, and, if called upon to do so, I could and would testify competently thereto.

2.     Copart's deadline to file its witness list was October 27, 2017.  *See* Dkt. No. 282-3.  In the days and weeks leading up to that filing, Copart prepared an internal list, in a spreadsheet format, of the witnesses it planned to put on its witness list.  Vincent Phillips was listed on Copart's internal spreadsheet witness list on October 27, and remains on that internal list to this day.

3.     As set forth in an accompanying declaration, a member of the Copart legal team, while converting Copart's internal spreadsheet witness list into a format suitable for filing with the Court, inadvertently excised Phillips' name and then used that reformatted (and incorrect) document for Copart's formal submission to the Court on October 27.  That same document was used to prepare a later amendment to Copart's witness list.

4.     On February 27, 2018, I discovered that Copart had inadvertently failed to include Phillips on its witness list.  Prior to this discovery, Copart's legal team had, for planning purposes, been using its internal witness list spreadsheet, which includes Phillips' name and detailed information about all of Copart's witnesses, under the mistaken belief that it had the same names as the witness list filed with the Court and later adopted by the Court in its Final Pretrial Order.

5.     On February 27, 2018, I called Defendants' counsel, Fred Brown.  I told Mr. Brown that Copart had inadvertently omitted Phillips' name from its witness list, and asked if Defendants would stipulate that Copart could add Phillips to its witness list.  I told Mr. Brown that Copart planned to file an *ex parte* application with the Court to seek this relief.  Mr. Brown told me that he would have to contact his client and others, and that it would take him several days to respond.

6.     Vincent Phillips, Copart's Chief Technology Officer during the Project, was a leading participant in key events at issue in the case, and would testify about his involvement in,

KASOWITZ BENSON TORRES LLP
101 California Street, Suite 2300
San Francisco, California 94111

TAKENOUCHI DECL. ISO COPART *EX PARTE* APP. RE: VINCENT PHILLIPS;
Case No. 2:14-cv-00046-KJM-CKD

among other things, the contract negotiations, the Milestone sign-off process, 100% CAS functionality and Defendants' performance on the Project.  For example, Phillips signed the contracts and Milestone documents, and communicated directly with Sparta and Copart managers throughout the Project about Sparta's performance and related issues.  To the extent the Court allows the introduction of the 100% CAS Certifications and the testimony of defense witness Matt Raabe as to the interpretation of the parties' contract, despite Copart's pending Motions In Limine Nos. 1 and 3 (*see* Dkt. Nos. 273, 276), Phillips would also address the facts concerning those matters.  The exclusion of Phillips would prevent the jury from obtaining a full and complete understanding of the facts in dispute from a Copart technology executive who, based on his central role in the events at issue, would be able to more fully elucidate Copart's positon on its claims and defenses.

7.     There is no prejudice to Defendants here.  Defendants deposed Phillips on March 23, 2016, and April 1, 2016, for the full 7 hours allowed by the Federal Rules.  Defendants have also designated portions of over 80 pages of Phillips' deposition testimony.  He has also submitted multiple declarations in support of Copart's summary judgment briefs, and is referenced in the descriptions on Defendants' exhibit list over 150 times.

8.     Phillips has also been disclosed as a potential witness in multiple disclosures by the parties.  For example, Sparta's Sept. 6, 2016 Amended Initial Disclosures describe Phillips' potential testimony as: "The contracts and agreements between Sparta and Copart; the work performed and completed by Sparta pursuant to the contracts and agreements; Copart's failure to perform pursuant to the contract and agreements; Copart's alleged damages; the alleged misappropriation of trade secrets and Copart proprietary information; the allegedly unauthorized access of Copart's computer systems."

KASOWITZ BENSON TORRES LLP
101 California Street, Suite 2300
SAN FRANCISCO, CALIFORNIA 94111

TAKENOUCHI DECL. ISO COPART *EX PARTE* APP. RE: VINCENT PHILLIPS;
Case No. 2:14-cv-00046-KJM-CKD

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.  Executed this 28th day of February, 2018, in San Francisco,

3    California.

4

5    By:                                    /s/ Jason Takenouchi

6                                           Jason Takenouchi

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TAKENOUCHI DECL. ISO COPART *EX PARTE* APP. RE: VINCENT PHILLIPS;
Case No. 2:14-cv-00046-KJM-CKD

KASOWITZ BENSON TORRES LLP
101 California Street, Suite 2300
SAN FRANCISCO, CALIFORNIA 94111

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that on the 28th day of February 2018, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/      Jason Takenouchi

KASOWITZ BENSON TORRES LLP
101 California Street, Suite 2300
SAN FRANCISCO, CALIFORNIA 94111