MARK P. RESSLER (*pro hac vice*)
RONALD R. ROSSI (*pro hac vice*)
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York  10019
Telephone:   (212) 506-1700
Facsimile:   (212) 506-1800
mressler@kasowitz.com

JASON S. TAKENOUCHI (SBN 234835)
MARGARET ZIEMIANEK (SBN 233418)
KASOWITZ BENSON TORRES LLP
101 California Street, Suite 2300
San Francisco, California  94111
Telephone:   (415) 421-6140
Facsimile:   (415) 398-5030
jtakenouchi@kasowitz.com
mziemianek@kasowitz.com

Attorneys for Plaintiff COPART, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPART, INC., <br><br> Plaintiff, <br><br> v. <br><br> SPARTA CONSULTING, INC., KPIT INFOSYSTEMS, INC., and KPIT TECHNOLOGIES LTD., <br><br> Defendants. <br><br>——— <br><br> SPARTA CONSULTING, INC., <br><br> Counterplaintiff, <br><br> v. <br><br> COPART, INC., <br><br> Counterdefendant. | Case No: 2:14-CV-00046-KJM-CKD <br><br> **DECLARATION OF MARGARET ZIEMIANEK IN SUPPORT OF PLAINTIFF-COUNTERDEFENDANT COPART INC.'S *EX PARTE* APPLICATION TO INCLUDE VINCENT PHILLIPS IN COPART'S WITNESS LIST** <br><br> Judge:   Hon. Kimberly J. Mueller <br> Location:   Courtroom 3, 15th Floor |

ZIEMIANEK DECL. ISO COPART *EX PARTE* APP. RE: VINCENT PHILLIPS;
Case No. 2:14-CV-00046-KJM-CKD

I, Margaret Ziemianek, hereby declare as follows:

1.  I am Special Counsel at Kasowitz Benson Torres LLP, counsel for Plaintiff Copart, Inc. ("Copart") in this case. I make this declaration based on personal knowledge, unless otherwise noted herein, and, if called upon to do so, I could and would testify competently thereto.

2.  Copart filed its witness list on October 27, 2017 as part of the Joint Pretrial Statement. *See* Dkt. No. 282-3. In the days and weeks leading up to that filing, Copart prepared an internal list, in a spreadsheet format, of the witnesses it planned to put on its witness list. Vincent Phillips – who, as Copart's Chief Technology Officer, ran Copart's Information Technology group during the AIMOS Project – was listed on that internal spreadsheet witness list, and remains on that list to this day.

3.  I was responsible for preparing the witness list document that was to be filed with the Court as part of the Joint Pretrial Statement. To prepare the witness list, I transferred the information from an internal spreadsheet that tracked details of all of Copart's witnesses. In transferring that information, it appears that I inadvertently omitted the name of Vincent Phillips. As a result, the final witness list that Copart filed with the Court on October 27 included the witnesses who had appeared on Copart's internal spreadsheet list. *See* Dkt. No. 282-3. After Copart filed the document erroneously omitting Phillips' name, I used that same document to prepare a later amendment to Copart's witness list in November 2017.

4.  My omission of Phillips' name was an error. Since Mr. Phillips' depositions on March 23, 2016, and April 1, 2016, Copart had always intended to call him as a trial witness, and believed that he had been included on the witness list Copart filed with the Court.

5.  I did not use Copart's internal witness spreadsheet after October 27. On February 27, 2018, I learned for the first time that I had accidentally omitted Phillips' name from the witness lists filed with the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 28th day of February, 2018, in San Francisco, California.

By:  /s/ Margaret Ziemianek
Margaret Ziemianek

KASOWITZ BENSON TORRES LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that on the 28th day of February 2018, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/     Margaret Ziemianek