UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPART, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>SPARTA CONSULTING, INC., KPIT INFOSYSTEMS, INC., and KPIT TECHNOLOGIES LTD.<br><br>        Defendants.<br><br>SPARTA CONSULTING, INC.,<br><br>        Counterplaintiff,<br><br>  v.<br><br>COPART, INC.,<br><br>        Counterdefendant. | Civ. No. 2:14-cv-00046-KJM-CKD<br><br>**MINUTES**<br><br>**Date**: May 18, 2018<br>**Deputy Clerk**: C. Schultz<br>**Court Reporter**: Kelly O'Halloran |

**Counsel for Plaintiff:**  Mark Ressler, Jason Takenouchi, and Gregory DePasquale,

**Counsel for Defendant:**  Paul Llewellyn, Ryan Erickson, Ian Long, and Shailey Jain

**JURY TRIAL (Day 19):**

| | |
|---|---|
| 9:00 a.m. | Deliberations continued. |
| 10:27 a.m. | Jury note received. |
| 10:45 a.m. | Court in session. Mr. Ressler, Mr. Takenouchi and Mr. DePasquale present on behalf of Plaintiff. Mr. Llewellyn, Mr. Erickson, Mr. Long and Ms. Jain present for Defendants. Outside the presence of the jury, the court and counsel discussed the jury note received at 10:27 a.m. |
| 10:55 a.m. | The court took a short recess to prepare a draft response for the jury. |
| 11:05 a.m. | Court back in session. Mr. Ressler, Mr. Takenouchi and Mr. DePasquale present on behalf of Plaintiff. Mr. Llewellyn, Mr. Erickson, Mr. Long and Ms. Jain present for Defendants. Outside the presence of the jury, the court and counsel further discussed the jury note received at 10:27 a.m. |

| | |
|---|---|
| 11:10 a.m. | The court took another short recess to edit the draft response for the jury. |
| 11:15 a.m. | Court back in session. Mr. Ressler, Mr. Takenouchi and Mr. DePasquale present on behalf of Plaintiff. Mr. Llewellyn, Mr. Erickson, Mr. Long and Ms. Jain present for Defendants. Outside the presence of the jury, the court and counsel further discussed the jury note received at 10:27 a.m. |
| 11:20 a.m. | All parties excused pending deliberations. Court in recess pending deliberations. |
| 11:20 a.m. | Jury communication delivered to the jury. |
| 1:06 p.m. | Jury note received. |
| 1:25 p.m. | Court in session outside the presence of the jury. Mr. Ressler, Mr. Takenouchi and Mr. DePasquale present on behalf of Plaintiff. Mr. Llewellyn, Mr. Erickson, Mr. Long and Ms. Jain present for Defendants. The court and counsel discussed the jury note received at 1:06 p.m. |
| 1:30 p.m. | Jury present. The jury confirmed they had reached an unanimous verdict. The Verdict was published and the jury was polled. |
| 1:40 p.m. | The court thanked and excused the jury from service. Outside the presence of the jury, the court confirmed there were no immediate post-trial motions. The court ordered that post-trial motions, if any, shall be filed in accordance with the Federal and Local Rules. The court set a Status Conference for July 13, 2018 at 10:00 a.m. in Courtroom 3. The parties shall file a joint status report addressing unfair competition, enrichment, limited liability, and any additional matters the parties believe are relevant. |
| 1:45 p.m. | Court adjourned. |

**TIME IN COURT:** 40 Minutes