**FILED**

MAY 22 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPART, INC., | No. 2:14-cv-0046 KJM CKD |
| Plaintiff, | |
| v. | <u>VERDICT FORM</u> |
| SPARTA CONSULTING, INC., KPIT INFOSYSTEMS, INC., and KPIT TECHNOLOGIES LTD., | |
| Defendants. | |
| SPARTA CONSULTING, INC., | |
| Counterplaintiff, | |
| v. | |
| COPART, INC., | |
| Counterdefendant. | |

DATED:

1

**COPART'S FRAUD CLAIM AND FRAUDULENT INDUCEMENT CLAIM**

1. Do you find that Sparta committed fraud against Copart in the form of an intentional misrepresentation of fact?

("Yes" is a finding for Copart; "No" is a finding for Sparta).

\_\_\_ Yes  ✗ No

2. Do you find that Sparta committed fraud against Copart in the form of concealment?

("Yes" is a finding for Copart; "No" is a finding for Sparta).

✗ Yes  \_\_\_ No

3. Do you find that Sparta committed fraudulent inducement against Copart in the form of a false promise?

("Yes" is a finding for Copart; "No" is a finding for Sparta).

\_\_\_ Yes  ✗ No

*If you answered "Yes" to any of the questions above, please answer Questions 4-6 below. If you answered "No" to all three above questions, then proceed to the instructions for Question 7.*

4. What amount of money, if any, do you find would compensate Copart?

$ 4.69 M

5. In finding Sparta committed fraud or <u>fraudulent inducement</u>, do you find Sparta engaged in conduct with malice, oppression, or fraud?

\_\_\_ Yes ✗ No  N/A

*If you answered "Yes" to Question 5 above, then answer the question below.*

6. What amount of punitive damages, if any, do you award to Copart?

$ _____  N/a

**COPART'S BREACH OF CONTRACT CLAIM AND BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING CLAIM**

*If you answered "Yes" to Question 3, then answer Questions 7-10. If you answered "No" to Question 3, then proceed to Question 11.*

7. Do you find that Sparta breached its contract with Copart?

("Yes" is a finding for Copart; "No" is a finding for Sparta).

\_\_\_\_ Yes  \_\_\_\_ No  N/a

8. Do you find that Sparta breached the implied covenant of good faith and fair dealing with respect to its contract with Copart?

("Yes" is a finding for Copart; "No" is a finding for Sparta).

\_\_\_\_ Yes  \_\_\_\_ No  N/a

9. Do you find that Copart had unclean hands?

("Yes" is a finding for Sparta; "No" is a finding for Copart).

\_\_\_\_ Yes  \_\_\_\_ No  N/a

*If you answered "Yes" to either or both Questions 7 or 8, and "No" to Question 9, then answer Question 10 below. If you answered "Yes" to Question 9, then proceed to Question 11.*

10. What amount of money, if any, do you find would compensate Copart?

$ _____

**COPART'S PROFESSIONAL NEGLIGENCE CLAIM**

11. Do you find that Sparta committed professional negligence?

("Yes" is a finding for Copart; "No" is a finding for Sparta).

__X__ Yes  _____ No

*If you answered "Yes" to Question 11 above, then answer Questions 12-17 below. If you answered "No" to Question 11, then proceed to Question 18 below.*

12. What amount of money, if any, do you find would compensate Copart?

$ 20.37 M

13. Do you find that Copart's own negligence contributed to Copart's harm?

__X__ Yes  _____ No

*If you answered "Yes" to Question 13 above, then answer Questions 14-17 below. If you answered "No" to Question 13, then proceed to Questions 16-17.*

14. What was Sparta's percentage of responsibility?

80 %

15. What was Copart's percentage of responsibility?

20 %

16. In finding Sparta committed professional negligence, do you find Sparta engaged in conduct with malice, oppression, or fraud?

_____ Yes __X__ No

*If you answered "Yes" to Question 16 above, then answer the question below.*

17. What amount of punitive damages, if any, do you award to Copart?

$ _____

4

**COPART'S COMPUTER FRAUD AND ABUSE ACT CLAIM**

18. Do you find that Sparta violated the Computer Fraud and Abuse Act?

("Yes" is a finding for Copart; "No" is a finding for Sparta).

\_\_\_\_ Yes    _X_ No

**COPART'S CALIFORNIA COMPUTER DATA ACCESS AND FRAUD ACT CLAIM**

19. Do you find that Sparta violated the California Computer Data Access and Fraud Act? ("Yes" is a finding for Copart; "No" is a finding for Sparta).

\_\_\_\_ Yes   \_X\_ No

**ALTER EGO**

20. Do you find that Sparta was the alter ego of KPIT Infosystems? ("Yes" is a finding for Copart; "No" is a finding for KPIT Infosystems).

__X__ Yes  _____ No

21. Do you find that KPIT Infosystems was the alter ego of KPIT Technologies? ("Yes" is a finding for Copart; "No" is a finding for KPIT Technologies).

_____ Yes  __X__ No

## SPARTA'S BREACH OF CONTRACT CLAIM AND BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING CLAIM

22. Do you find that Copart breached its contract with Sparta?

("Yes" is a finding for Sparta; "No" is a finding for Copart).

\_\_\_\_ Yes   __X__ No

23. Do you find that Copart breached the implied covenant of good faith and fair dealing with respect to its contract with Sparta?

("Yes" is a finding for Sparta; "No" is a finding for Copart).

__X__ Yes   \_\_\_\_ No

24. Do you find that Sparta had unclean hands?

("Yes" is a finding for Copart; "No" is a finding for Sparta).

\_\_\_\_ Yes   __X__ No

*If you answered "Yes" to either or both Questions 22 or 23, and "No" to Question 24, then answer the questions below. If you answered "Yes" to Question 24, then do not answer the following questions.*

25. Do you find that Sparta waived its right to request payments for New Services?

("Yes" is a finding for Copart; "No" is a finding for Sparta).

__X__ Yes   \_\_\_\_ No

*If you answered "Yes" to Question 25, then do not include damages for waived New Services payments in your answer to the question below.*

26. What amount of money do you find would compensate Sparta?

$ 4.88 M

*Once you have answered all questions as required above, have the presiding juror sign and date the form below and notify the court that you have reached your verdict.*

DATED: 5/22/18

*[signed] Presiding Juror*