| | |
|---|---|
| MARK P. RESSLER (*admitted pro hac vice*)<br>RONALD R. ROSSI (*admitted pro hac vice*)<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, New York 10019<br>Telephone:  (212) 506-1700<br>Facsimile:  (212) 506-1800<br>mressler@kasowitz.com<br>rrossi@kasowitz.com<br><br>JASON S. TAKENOUCHI (SBN 234835)<br>KASOWITZ BENSON TORRES LLP<br>101 California Street, Suite 2300<br>San Francisco, California 94111<br>Telephone:  (415) 421-6140<br>Facsimile:  (415) 398-5030<br>jtakenouchi@kasowitz.com<br><br>Attorneys for Plaintiff COPART, INC. | GIBSON, DUNN & CRUTCHER LLP<br>  Frederick Brown (SBN 65316)<br>  Joseph R. Rose (SBN 279092)<br>  Ian T. Long (SBN 290975)<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105<br>Telephone:  (415) 393-8200<br>Facsimile:  (415) 393-8306<br>Email: fbrown@gibsondunn.com<br>           jrose@gibsondunn.com<br>           ilong@gibsondunn.com<br><br>LEWIS & LLEWELLYN LLP<br>  Paul T. Llewellyn (SBN 216887)<br>  Ryan B. Erickson (SBN 268239)<br>  Rebecca Furman (SBN 294082)<br>505 Montgomery Street, Suite 1300<br>San Francisco, California 94111<br>Telephone:  (415) 800-0590<br>Facsimile:  (415) 390-2127<br>Email: pllewellyn@lewisllewellyn.com<br>           rerickson@lewisllewellyn.com<br>           bfurman@lewisllewellyn.com<br><br>Attorneys for Defendants<br>SPARTA CONSULTING, INC.,<br>KPIT INFOSYSTEMS, INC., and KPIT<br>TECHNOLOGIES LTD. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPART, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>SPARTA CONSULTING, INC., KPIT INFOSYSTEMS, INC., and KPIT TECHNOLOGIES LTD.,<br><br>            Defendants.<br><br>SPARTA CONSULTING, INC.,<br><br>            Counterplaintiff,<br><br>    v.<br><br>COPART, INC.,<br><br>            Counterdefendant. | CASE NO. 2:14-cv-00046-KJM-CKD<br><br>**STIPULATION AND ORDER REGARDING STAY OF ENTRY OF JUDGMENT AND BRIEFING AND HEARING SCHEDULE ON POST-TRIAL MOTIONS** |

Pursuant to the Court's September 10, 2018 Order (Dkt. 523), plaintiff and counterdefendant Copart, Inc. ("Copart"); defendant and counterplaintiff Sparta Consulting, Inc. ("Sparta"); and defendants KPIT Infosystems, Inc. and KPIT Technologies Ltd. (collectively, the "Parties"), by and through their respective undersigned counsel, hereby submit this Stipulation and [Proposed] Order Regarding Stay of Entry of Judgment and Briefing and Hearing Schedule on Post-Trial Motions ("Stipulation and Proposed Order").

WHEREAS, in an Order entered on September 10, 2018 (Dkt. 523), the Court ordered the Parties to meet and confer and submit (1) a proposed briefing and hearing schedule for post-trial motion practice, and (2) notice of whether the parties have stipulated to a stay of entry of judgment or a stay of enforcement of judgment.

WHERAS, the Parties have met and conferred regarding the foregoing two points, and have agreed and hereby stipulate to the following:

1. Entry of judgment shall be stayed until after the Court's ruling on post-trial motions.
2. The briefing and hearing schedule for the Parties' post-trial motions shall be set as follows:

| | |
|---|---|
| Opening briefs due | October 30, 2018 |
| Opposition briefs due | December 7, 2018 |
| Reply briefs due | December 21, 2018 |
| Hearing | January 11, 2019 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS SO STIPULATED**.

Dated: September 24, 2018  Respectfully submitted,

    KASOWITZ BENSON TORRES LLP
      Mark P. Ressler
      Ronald R. Rossi
      Jason S. Takenouchi

    By: /s/ Mark P. Ressler
      Mark P. Ressler

    *Attorneys for Copart, Inc.*

    LEWIS & LLEWELLYN LLP
      Paul T. Llewellyn
      Ryan B. Erickson
      Rebecca Furman

    GIBSON, DUNN & CRUTCHER LLP
      Frederick Brown
      Joseph R. Rose
      Ian T. Long

    By: /s/ Paul T. Llewellyn
      Paul T. Llewellyn

    *Attorneys for Sparta Consulting, Inc., KPIT Infosystems, Inc. and KPIT Technologies Ltd.*

**Accordingly, IT IS HEREBY ORDERED that:**

1. Entry of judgment shall be stayed until after the Court's ruling on post-trial motions.

2. The briefing and hearing schedule for the Parties' post-trial motions is set as follows:

| Opening briefs due | October 30, 2018 |
| --- | --- |
| Opposition briefs due | December 7, 2018 |
| Reply briefs due | December 21, 2018 |
| Hearing | January 11, 2019 at 10:00 AM in Courtroom No. 3 |

DATED: October 3, 2018.

                              UNITED STATES DISTRICT JUDGE